# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WORLDS INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:20-cv-00872-ADA |
| v. | § | |
| | § | |
| MICROSOFT CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE REGARDING
## SERVICE OF PRELIMINARY INFRINGEMENT CONTENTIONS

Plaintiff hereby notifies the Court that Plaintiff has served its Preliminary Infringement Contentions and accompanying document production via electronic mail on December 21, 2020.

Dated: December 21, 2020

*Of Counsel:*

DAVIDSON BERQUIST JACKSON & GOWDEY, LLP

Wayne M. Helge
Alan A. Wright
Donald L. Jackson
James T. Wilson
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Tel: (571) 765-7700
whelge@dbjg.com
awright@dbjg.com
djackson@dbjg.com
jwilson@dbjg.com

ETHERIDGE LAW GROUP, PLLC

*/s/ James L. Etheridge*
James L. Etheridge, TX Bar No. 24059147
Ryan S. Loveless, TX Bar No. 24036997
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

*Attorneys for Plaintiff Worlds, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document on December 21, 2020 via the Court's ECF system.

/s/ James L. Etheridge
James L. Etheridge